**Date of Arrest: 04/26**

# United States District Court

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> Vs. <br><br> Emilio MEDINA-Huerta <br> AKA: None Known <br> 087915485 <br> YOB: 1976 <br> Citizen of: Mexico <br><br> Defendant | Magistrate Case No.    19-1313 MJ <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, United States Code, Section 1326(a) Re-Entry After Deport |

The undersigned complainant being duly sworn states:

COUNT 1

That on or about April 26, 2019, Defendant Emilio MEDINA-Huerta, an alien, was found in the United States at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Nogales, Arizona on or about August 24, 2017. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed by AUSA Sean Lokey for [illegible] USBP*

Signature of Complainant

Ismael Torres
Border Patrol Agent

Sworn to before me and subscribed in my presence,

| | | | |
|---|---|---|---|
| April 29, 2019 | at | Yuma, Arizona | |
| Date | | City and State | |

James F. Metcalf, United States Magistrate Judge

Name & Title of Judicial Officer      Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Emilio MEDINA-Huerta
AKA: None Known
087915485

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about April 26, 2019, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Nogales, Arizona on or about January 21, 2010. The Defendant was most recently removed on or about August 4, 2017 through the port of Nogales, Arizona.

Agents determined that on or about April 25, 2019, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document:  Mathew Taynton, Patsy Padilla, Ismael Piceno.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: Roger Stanford.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____
April 29, 2019
Date

_____
Signature of Judicial Officer

- 2 -

### *Probable Cause Statement*

*I, Border Patrol Agent Ismael Torres, declare under penalty of perjury, the following is true and correct:*

**Defendant:**                          **Emilio MEDINA-Huerta**

**Dependents:**                         None

**IMMIGRATION HISTORY:**   The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on six (6) previous occasions. The Defendant has been removed a total of six (6) times.

## CRIMINAL HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|------|----------|---------|-------------|
| 08/03/2013 | LAREDO, TEXAS | 1325 | 30 DTS |
| 02/25/2019 | LAREDO, TEXAS | 1325 | 30 DTS |

Narrative:   The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about April 26, 2019, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Nogales, Arizona on or about January 21, 2010. The Defendant was most recently removed on or about August 4, 2017 through the port of Nogales, Arizona.

Agents determined that on or about April 25, 2019, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: Mathew Taynton, Patsy Padilla, and Ismael Piceno.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: Roger Stanford.

*Executed on: April 27, 2019*          Time: *09:42 AM MST*

Signed:   *Ismael Torres, Border Patrol Agent*